**JEFFRIES v. MOORE**

[356 N.C. 663 (2003)]

SHARN M. JEFFRIES v. TATJANA THOMAS MOORE AND
CARL JONATHAN MOORE, JR.

No. 147PA02

(Filed 28 February 2003)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a decision of the Court of Appeals, 148 N.C. App. 364, 559 S.E.2d 217 (2002), reversing an order signed 1 June 2000 by Judge Alonzo B. Coleman, Jr., in District Court, Orange County, and remanding for further proceedings. Heard in the Supreme Court 4 February 2003.

*Loftin & Loftin, P.A., by John D. Loftin, for plaintiff-appellee.*

*Coleman, Gledhill & Hargrave, P.C., by Leigh Peek, for defendant-appellants.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.